# Exhibit A

# Outdoor Photographer Magazine Mailing List

Published by Madavor Media, Outdoor Photographer is written by the world's leading landscape, wildlife, sports, and travel photographers.

Get Count | Get Pricing | Get More Information

| SEGMENTS | | COUNTS THROUGH 06/30/2022 |
|---|---|---|
| 46,429 | TOTAL UNIVERSE / BASE RATE | $110.00/M |
| 9,862 | 6 MONTH SUBSCRIBERS | + $11.00/M |
| 945 | 3 MONTH SUBSCRIBERS | + $16.00/M |
| 21,946 | MALE SUBSCRIBERS | + $8.00/M |
| 6,413 | FEMALE SUBSCRIBERS | + $8.00/M |
| 14,214 | 12 MONTH EXPIRES | $90.00/M |
| | CATALOG RATE | $85.00/M |
| | FUNDRAISING RATE | $75.00/M |
| | ENDEMIC RATE MAY APPLY | $300.00/M |

| POPULARITY: | ▬▬▬▬▬ 100 |
|---|---|
| MARKET: | BUSINESS AND CONSUMER |
| CHANNELS: | 📧 |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA CANADA |
| GENDER: | 34% FEMALE 56% MALE |
| SPENDING: | $20.47 AVERAGE ORDER |

## DESCRIPTION



Outdoor Photographer subscribers are both outdoor enthusiasts who like to take pictures and photographers who enjoy photographing the great outdoors. It's the relationship of their affection for the outdoors and the creative enjoyment derived from photography that draws these people to subscribe to Outdoor Photographer. The articles in the magazine inspire readers to seek new equipment, try new techniques, travel to new destinations and photograph new subjects in pursuit of their favorite sports, travel, and nature interests.

### Demographics

- 45 Average Age
- $105,500 average HHI
- 76% Married
- 60% have at least two children in the household
- 80% Attended College/30% with Advanced Degrees
- 97% Own Computers
- 95% use Online Services
- 95% Travel Regularly (avg. 3 domestic trips/yr) / 73% travel with their families
- 72% Unduplicated Readership with any other Single Photographic Magazine
- 53% Do Not Subscribe to any other Photographic Magazine

### Future Purchase Plans

- 67% Intend to spend over $1,000 on camera equipment
- 90% Intend to purchase a new digital camera
- 28% Intend to purchase specialty software
- 26% Intend to purchase hiking/camping (outdoor sports) equipment

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $21.00/M |
| 3 MONTH HOTLINE | $16.00/M |
| 3RD PARTY BLOW-IN | $15.00/M |
| 6 MONTH HOTLINE | $11.00/M |
| CHANGE OF ADDRESS | $11.00/M |
| GENDER/SEX | $8.00/M |
| GIFT GIVERS | $11.00/M |
| NEW TO FILE | $11.00/M |
| PAID | $11.00/M |
| RENEWALS | $7.00/M |
| SCF | $8.00/M |
| SOURCE | $11.00/M |
| STATE | $8.00/M |
| ZIP | $8.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| EMAIL | $75.00/F |
| FTP | $75.00/F |
| ZIP TAP SET UP FEE | $25.00/F |

| RELATED LISTS |
|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION |
| INTERNATIONAL CENTER OF PHOTOGRAPHY |
| BIRDWATCHING (FORMERLY BIRDER'S WORLD) |
| NATIONAL WILDLIFE FEDERATION MEMBER DONORS |
| SIERRA CLUB MEMBERS & ENHANCED |
| SMITHSONIAN MAGAZINE |
| WORLD WILDLIFE FUND |
| NATURAL RESOURCES DEFENSE COUNCIL (NRDC) |
| RAILS-TO-TRAILS CONSERVANCY MEMBERS/DONORS |
| NATURAL HISTORY MAGAZINE |