# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KELLEY KASUL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MADAVOR MEDIA, LLC,<br><br>Defendant. | Case No. 1:22-cv-00914<br><br>Hon. Hala Y. Jarbou |

## STIPULATED ORDER EXTENDING TIME
## TO RESPOND TO COMPLAINT

Plaintiff Kelley Kasul ("Plaintiff") and Defendant Madavor Media, LLC ("Defendant" – together with Plaintiff, the "Parties"), state as follows:

WHEREAS, on October 4, 2022, Plaintiff filed a Class Action Complaint (ECF No. 1);

WHEREAS, on October 13, 2022, Plaintiff filed the executed summons with the Court setting October 28, 2022 as the due date for a response (ECF No. 10);

WHEREAS, on October 28, 2022, a proposed Stipulation and Order was filed in which the Parties proposed to the Court an extension of thirty-one (31) days for Defendant to file its initial responsive pleading (ECF No. 12);

WHEREAS, on October 28, 2022, this Court granted this request and set the due date for Defendant's initial responsive pleading as November 28, 2022 (ECF No. 13);

WHEREAS, counsel for Defendant is in the process of determining coverage for this matter and are otherwise in the process of investigating various aspects of the claims made in the Complaint;

WHEREAS, this process has caused an unexpected delay in retaining counsel to represent Defendant in this proceeding;

WHEREAS, the Parties have conferred and counsel for Plaintiff has consented to Defendant's request for an additional fourteen (14) days in which to file its initial responsive pleading, extending the due date from November 28, 2022 to December 12, 2022—and in seeking the Court's approval in that request;

WHEREAS, no later than December 12, 2022, Defendant shall file its initial responsive pleading.

Accordingly, it is **ORDERED** that:

Defendant shall have a fourteen (14) day extension, up to and including December 12, 2022, within which to file a response to Plaintiff's Complaint and Jury Demand (ECF No. 1).

SO ORDERED.

Dated: _____          _____
                                                                         Hon. Hala Y. Jarbou

SO STIPULATED AND AGREED:

By: */s/ E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, Michigan 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646-837-7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305-357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

Dated: November 18, 2022

By: */s/ Christopher Waterman (w/consent)*
Christopher Waterman
CURRAN ANTONELLI, LLP
Ten Post Office Square
Suite 800 South
Boston, MA 02109
Tel: 617-207-8670
cwaterman@curranantonelli.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, E. Powell Miller, an attorney, hereby certify that on November 18, 2022, I served the above and foregoing on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

                                                */s/ E. Powell Miller*
E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste 300
Rochester, MI 48307
Tel: 248.841.2200