UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case No: 1:22-cv-00914-HYJ-RSK |||||
|---|---|---|---|---|
| Caption: Kasul v. Madavor Media, LLC |||||
| **Date:** January 25, 2023 | **Time:** 11:00 - 11:10 a.m. || **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Philip L. Fraietta | Kelley Kasul |
| **DEFENDANT:** | Ana Tagvoryan | Madavor Media, LLC |

## PROCEEDINGS

**NATURE OF HEARING:**

RULE 16 Scheduling Conference held by telephone.

Case management order to issue.

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter