UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KELLEY KASUL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MADAVOR MEDIA, LLC.,<br><br>Defendant. | CASE NO. 1:22-cv-914-HYJ-RSK<br>CLASS ACTION<br><br>Chief Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

## STIPULATED ORDER TO WITHDRAW AS COUNSEL OF RECORD

Defendant Madavor Media, LLC ("Defendant") and its counsel, Ana Tagvoryan and Harrison Brown of Blank Rome LLP, located at 2029 Century Park East, 6th Floor, Los Angeles, California 90067 ("Blank Rome LLP") state as follows:

WHEREAS, Defendant no longer wishes to be represented by Blank Rome LLP and has elected to terminate its relationship with Blank Rome LLP;

WHEREAS, based upon this termination, Blank Rome LLP wishes to withdraw as counsel of record for Defendant as soon as is practicable;

Accordingly, it is **ORDERED** that:

Blank Rome LLP is terminated as counsel of record for Defendant.  Defendant shall secure new counsel or provide further update to the Court within thirty (30) days hereof.

SO ORDERED.

Dated: _____, 2023

_____
Hon. Hala Y. Jarbou, U.S.D.J.

SO STIPULATED AND AGREED:                    Dated: March 10, 2023

 /s/ Ana Tagvoryan
Ana Tagvoryan
ana.tagvoryan@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

 /s/ Harrison Brown
Harrison Brown
Harrison.brown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3398

_____
Madavor Media, LLC
By: Gregory Charles Royal
Its: CEO
178 Columbus Avenue
P.O. Box 231143
New York, New York 10023
Telephone: 202.302.6703

2