UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLEY KASUL,

        Plaintiff,                               Case No. 1:22–cv–914

     v.                                       Hon. Hala Y. Jarbou

MADAVOR MEDIA, LLC,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel (ECF No. 34) |
| Date/Time: | April 14, 2023   10:00 AM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

                                                    RAY KENT
                                                   U.S. Magistrate Judge

Dated:  March 20, 2023       By:   /s/ Faith Hunter Webb
                                                  Judicial Assistant