UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KELLY KASUL, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>MADAVOR MEDIA, LLC,<br><br>          Defendant. | Case No. 1:22-cv-00914-HYJ-RSK<br><br>District Judge Hala Y. Jarbou<br>Magistrate Judge Ray Kent |

### STIPULATION AND ORDER FOR EXTENSION OF RESPONSE BRIEF DEADLINE

The parties to this action, Plaintiff Kelly Kasul, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Madavor Media, LLC ("Defendant"), hereby stipulate and agree as follows:

1. Plaintiff filed a motion to compel against Defendant on March 15, 2023. (ECF No. 34).

2. On March 16, 2023, the Court entered an Order allowing Defendant's prior counsel to withdraw as counsel of record.  (ECF 38).

3. Defendant retained new counsel, and the new counsel, David W. Centner of Clark Hill, PLC, entered an Appearance on March 28, 2023.

4. Defendant's deadline pursuant to W.D. Mich. LCivR 7.3(c) to respond to Plaintiff's motion to compel (ECF 34) is March 29, 2023.

5. As a result of a meet-and-confer session between counsel on March 29, 2023, following the Court's Status Conference (ECF No. 39), Plaintiff's counsel agreed to grant

Defendant an extension to April 7, 2023, to respond to Plaintiff's motion to compel. In the meantime, counsel have agreed to work to resolve the discovery dispute.

6. The agreed-to extension, for good cause and subject to approval of the Court, will result in a 9-day extension of the deadline, but Defendant's response will be filed at least 7 days before the scheduled hearing date of April 14, 2023. (ECF No. 42).

WHEREFORE, the parties by counsel hereby stipulate that the Court grant Defendant an extension of time up to April 7, 2023, to file Defendant's response to Plaintiff's motion to compel.

| | |
|---|---|
| s/ Frank S. Hedin (with permission)<br>Frank S. Hedin<br>David W. Hall<br>Hedin Hall LLP<br>1395 Brickell Avenue, Suite 1140<br>Miami, Florida 33131<br>Ph:  (305) 357-2107<br>fhedin@hedinhall.com<br>dhall@hedinhall.com<br><br>*Attorneys for Plaintiffs and the Putative Class* | s/ David W. Centner<br>David W. Centner (P43071)<br>Clark Hill PLC<br>200 Ottawa Ave. NW, Suite 500<br>Grand Rapids, MI 49503<br>Ph:  (616) 608-1100<br>dcentner@clarkhill.com<br><br>*Attorneys for Defendant* |

**ORDER**

For good cause shown, and pursuant to the stipulation of the parties, Defendant is hereby granted an extension of time up to April 7, 2023, to file Defendant's response to Plaintiff's motion to compel (ECF No. 34).

**IT IS SO ORDERED.**

March  29 , 2023                                       /s/ Ray Kent
                                                                    Ray Kent, U.S. Magistrate Judge