IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KELLY KASUL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MADAVOR MEDIA, LLC,<br><br>　　　　　　　Defendant. | Case No. 22-cv-00914-HYJ-RK<br><br>Honorable Hala Y. Jarbou<br><br>Magistrate Judge Ray Kent |

**STIPULATION WITHDRAWING MOTION TO COMPEL WITHOUT PREJUDICE**

Plaintiff Kelly Kasul ("Plaintiff") and Defendant Madavor Media, LLC ("Madavor," together with Plaintiff, the "Parties"), by and through their respective counsel of record hereby stipulate as follows:

WHEREAS, on March 15, 2023, Plaintiff filed a Motion to Compel (ECF No. 34), which the Court is scheduled to hear on April 11, 2023 (ECF No. 44);

WHEREAS, on March 28, 2023, undersigned counsel for Madavor appeared in this case in place of former defense counsel;

WHEREAS, since that time, the Parties have met and conferred in good faith regarding the issues in Plaintiff's Motion to Compel and discovery in general and have narrowed many of their disputes;

NOW THEREFORE, the Parties stipulate as follows:

1. Madavor will provide Plaintiff with an estimate of the size of the putative class in advance of the April 17, 2023 settlement conference;

2. Madavor withdraws its objection that discovery is premature pending resolution of its motion to dismiss;

3. Madavor will serve amended responses and objections to Plaintiff's First Set of Requests for Production of Documents and First Set of Interrogatories on or before May 8, 2023;

4. Plaintiff's Motion to Compel is withdrawn without prejudice.

SO ORDERED.

Dated: April  10, 2023
Grand Rapids, Michigan

/s/ Ray Kent

RAY KENT
United States Magistrate Judge

Dated: April 7, 2023

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ David W. Centner* |
| THE MILLER LAW FIRM, P.C. | CLARK HILL PLC |
| E. Powell Miller (P39487) | David W. Centner (P43071) |
| Sharon S. Almonrode (P33938) | 200 Ottawa Avenue NW, Suite 500 |
| 950 W. University Drive, Suite 300 | Grand Rapids, MI 49503 |
| Rochester, MI 48307 | (616) 608-1106 |
| (248) 841-2200 | dcentner@clarkhill.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | *Attorneys for Defendant* |

BURSOR & FISHER, P.A.
Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, New York 10019
(646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

HEDIN HALL LLP
Frank S. Hedin
Arun G. Ravindran
1395 Brickell Ave, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2023, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                          */s/ E. Powell Miller*
                                          E. Powell Miller (P39487)
                                          **THE MILLER LAW FIRM, P.C.**
                                          950 W. University Dr., Ste. 300
                                          Rochester, MI 48307
                                          Tel: (248) 841-2200
                                          epm@millerlawpc.com