UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLEY KASUL,

    Plaintiff,

v.

MADAVOR MEDIA, LLC,

    Defendant.
_____/

Case No. 1:22-cv-914

Hon. Hala Y. Jarbou

## ORDER

The Court having been advised on May 3, 2023, of the parties' agreement to settle this matter,

**IT IS ORDERED** that Defendant shall notify the Court within seven (7) days of receipt of an executed Settlement Agreement from Plaintiff.

**IT IS FURTHER ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court within **30 days** after Defendant's receipt of an executed Settlement Agreement from Plaintiff. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

Dated: May 4, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE