UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KELLEY KASUL, individually and on behalf of all others similarly situated,

           Plaintiff,

  v.

MADAVOR MEDIA, LLC,

           Defendant.

Case No. 1:22-cv-00914-HYJ-RSK

Hon. Hala Y. Jarbou

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Kelley Kasul ("Plaintiff") and Defendant Madavor Media, LLC ("Madavor") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiff's claims with prejudice, with each party to bear their own attorneys' fees and costs. Accordingly, Plaintiff hereby voluntarily dismisses her claims with prejudice.

[REMAINDER OF PAGES INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: May 31, 2023

By: */s/ Philip L. Fraietta*
  Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
   pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
David W. Wall
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone:  (305) 357-2107
Facsimile:  (305) 200-8801
Email:  fhedin@hedinhall.com
   dhall@hedinhall.com

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

*Attorneys for Plaintiff*

By:/s/ *David W. Centner (with permission)*
David W. Centner (P43071)
**CLARK HILL PLC**
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
Tel: (616) 608-1106
dcentner@clarkhill.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By: /s/ *Philip L. Fraietta*
Philip L. Fraietta (P85228)

*Attorney for Plaintiff*