UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLEY KASUL,

       Plaintiff,

v.

MADAVOR MEDIA, LLC,

       Defendant.
_____/

Case No. 1:22–cv–914

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed the parties' stipulation for dismissal (ECF No. 62), **IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 62) is **GRANTED**; this action is **DISMISSED** with prejudice and with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  May 31, 2023

      /s/ Hala Y. Jarbou
      HALA Y. JARBOU
      Chief United States District Judge